## UNITED STATES v. R. F. DOWNING & CO.

Circuit Court of Appeals, Second Circuit. April 4, 1905.)

### No. 176.

Appeal from the Circuit Court of the United States for the Southern District of New York.

For opinion below, see 131 Fed. 653.

Charles D. Baker, for the United States.
W. Wickham Smith, for appellees.

Before WALLACE and LACOMBE, Circuit Judges.

LACOMBE, Circuit Judge. The question involved in this cause is the same as that decided in U. S. v. Godillot (opinion in which is filed herewith) 139 Fed. 1.

Decision of Circuit Court affirmed.